GREEN & HALL, A Professional Corporation
HOWARD D. HALL, State Bar No. 145024
*hdhall@greenhall.com*
MACEY A. CHAN, State Bar No. 258470
*mchan@greenhall.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN MACKENSEN,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-02812-JSC<br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)**<br><br>JUDGE:   Hon. Jacqueline S. Corley<br>TRIAL DATE:   March 7, 2016 |

Defendant NATIONSTAR MORTGAGE LLC's ("Nationstar" or "Defendant") and Plaintiff KEN MACKENSEN ("Plaintiff") hereby stipulate that the above-entitled action shall be voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and pursuant to a written settlement agreement conditioned on this Court retaining jurisdiction to enforce the settlement agreement under California *Code of Civil Procedure* §664.6 and pursuant to *Hagestad v. Tragesser* (1995) 49 F.3d 1430.

///

///

///

DATED: October 29, 2015         MELLEN LAW FIRM,


                                By:    /s/ Sarah Shapero
                                       SARAH SHAPERO
                                Attorneys for Plaintiff KEN MACKENSEN


DATED: October 29, 2015         GREEN & HALL, A Professional Corporation



                                By:    _____
                                       Howard D. Hall
                                       Macey A. Chan
                                Attorneys for Defendant NATIONSTAR
                                MORTGAEG LLC

2                                                           Case No. 3:14-CV-02812-JSC
STIPULATION OF DISMISSAL, WITH PREJUDICE, PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE, RULE 41(a)(1)(A)(ii)

P:\DOCS\Nationstar.Mackensen\Pleadings\Stipulation.Dismissal.docx